# United States District Court
## Violation Notice

CS81

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7818442 | SANGER | 625 |

7818442

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 5/27/2020 1520 | CFR 102-74.385 |

Place of Offense
720 E SAN YSIDRO

Offense Description: Factual Basis for Charge    HAZMAT ☐

RIDING SKATEBOARD
FAILURE TO COMPLY WITH SIGNS

**DEFENDANT INFORMATION**

Last Name: REGALADO ZAPATA
First Name: ARIEL
M.I.: D

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 100 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ 130 Total Collateral Due

**YOUR COURT DATE**

Court Address: 221 W. BROADWAY, SAN DIEGO, CA 92101
Date: TBD
Time: TBD

X Defendant Signature: [signature]

(Rev. 09/2015)    Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on MAY 27TH 2020 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 5/27/2020   [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident